STATE OF NEW JERSEY v. GARY HOLLIDAY.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH GRANDISON.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH WAYNE HALL.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SCOTT STRAIGHT.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. BRAD STRAIGHT.

June 21, 1988.

Petition for certification denied.